## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

MICHAL TRELSKI,

        Plaintiff,

                                      Case No. 3:15-cv-00311

v.

INTEGRITY SOLUTION SERVICES, INC.,
and CENTRAL CREDIT SERVICES, INC.,

        Defendants.

_____/

### NOTICE OF SETTLEMENT

      Defendants, Integrity Solution Services, Inc. and Central Credit Services, Inc., by and through undersigned counsel, hereby provide notice to the court that a settlement agreement between the parties has been reached. The parties will prepare settlement documents and expect to file a Stipulation of Dismissal with Prejudice within 60 days.

                                      Respectfully Submitted,

                                      /s/ Aaron R. Easley
                                      Aaron R. Easley, Esq.
                                      Sessions, Fishman, Nathan & Israel, LLC
                                      3 Cross Creek Drive
                                      Flemington, New Jersey 08822-4938
                                      Telephone: (908) 237-1660
                                      Fax: (908) 237-1663
                                      Email: aeasley@sessions-law.biz
                                      Attorneys for Defendant,
                                      Integrity Solution Services, Inc. and
                                      Central Credit Services, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of April, 2015 a copy of the foregoing was served electronically via CM/ECF on the following :

Joshua B. Kons, Esq.
Law Offices of Joshua B. Kons, LLC
50 Albany Turnpike
Suite 4024
Canton, CT 06019

/s/ Aaron R. Easley
Aaron R. Easley, Esq.